JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Thomas Sperduto,<br><br>  Plaintiff,<br><br>v.<br><br>Time Warner Cable, Inc., et al.,<br><br>  Defendants. | Case No. EDCV 17-00110 JGB (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrently herewith, the Motion for Summary Judgment by Defendant Time Warner Cable, Inc. is GRANTED. Plaintiff Thomas Sperduto's Complaint against Defendant is DISMISSED.

Judgment is entered in favor of Defendant.

Dated: August 14, 2018

THE HONORABLE JESUS G. BERNAL
United States District Judge